IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 119-117 |
| | * | |
| JAMES RICHARD MILTON | * | |

O R D E R

Presently before the Court is Defendant's motion to dismiss this criminal case for lack of jurisdiction, complaining that the Government failed to return the indictment in open court.[1] The Government opposes the motion on the merits and moves to dismiss Defendant's motion based upon the fact that this Court no longer has jurisdiction to address matters concerning the indictment since Judgment was entered on June 10, 2021. Upon due consideration, the Government's motion to dismiss (doc. 112) is **GRANTED** for the reasons stated therein. Accordingly, the Clerk is directed to **TERMINATE** Defendant's motion to dismiss (doc. 111).

**ORDER ENTERED** at Augusta, Georgia, this 5th day of May, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Defendant also asserts a claim of ineffective assistance of counsel. An ineffectiveness claim must be raised in a timely filed motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255.